25606. MUNROE *v.* THE STATE.

BROYLES, C. J. 1. The charge to the jury on the subject of flight was authorized by the evidence.

2. A ground of the motion for new trial complains of alleged error in the charge on the law of assault with intent to murder; but since the defendant was convicted of assault and battery only, any error in the charge on the greater offense of assault with intent to murder is no cause for a new trial.

3. The other instructions complained of, when considered in the light of the entire charge and the facts of the case, show no reason for a reversal of the judgment.

4. The verdict was amply authorized by the evidence.

*Judgment affirmed. MacIntyre and Guerry, JJ., concur.*

DECIDED APRIL 30, 1936.

*Edwards & Edwards,* for plaintiff in error.
*Hal C. Hutchens, solicitor-general,* contra.

25618. WIMPEE *v.* THE STATE.

BROYLES, C. J. The accused was convicted of the offense of knowingly receiving stolen goods. The verdict was authorized by the evidence, and the special grounds of the motion for new trial show no cause for a reversal of the judgment.

*Judgment affirmed. MacIntyre and Guerry, JJ., concur.*

DECIDED APRIL 30, 1936.

*Edwards & Edwards,* for plaintiff in error.
*Hal C. Hutchens, solicitor-general,* contra.